Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   08–10884 RAG     Chapter:   13

Cris Pierre Wilson
Debtor(s)

### NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 4/15/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/15/09

        Mark D. Sammons, Clerk of Court
        by Deputy Clerk, C Sofinowski 410–962–4277